UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE
CIVIL ACTION NO. 3:26-cv-276-CRS

MORGAN MCKINLEY *et al.* PLAINTIFFS

v.

ALLSTATE INSURANCE COMPANY DEFENDANT

**ORDER OF RECUSAL**

Upon review of this matter, pursuant to 28 U.S.C. 455, the Court must conclude that recusal in this case is required. For this reason,

**IT IS HEREBY ORDERED** that United States Senior District Judge Charles R. Simpson, III, **RECUSES** from this matter, and the action is hereby **REASSIGNED** to the docket of the Rebecca Grady Jennings for all further proceedings. Counsel are requested to change the civil action number to reflect the initials "RGJ" on all further pleadings.

Dated: April 21, 2026

Charles R. Simpson III, Senior Judge
United States District Court

cc: Counsel of Record
Judge Jennings's Case Manager